Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Gregory Lee West
24325 S. Forestview Ct.
Crete, IL 60417
SSN: xxx−xx−6408 EIN: N.A.
aka Gregory L West

Naomi Ruth West
24325 S. Forestview Ct.
Crete, IL 60417
SSN: xxx−xx−0519 EIN: N.A.
aka Naomi R West

Case No. : 16−23845
Chapter : 13
Judge : Pamela S. Hollis

---

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
OF REQUIRED DOCUMENT FOR DISCHARGE**

In order to receive a Discharge, you must file the following document.

☒ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: December 31, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Gregory Lee West
Naomi Ruth West
       Debtors

Case No. 16-23845-PSH
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1　　　User: kkrystave　　　Page 1 of 1　　　Date Rcvd: Dec 31, 2019
　　　　　　　　　　　　Form ID: defdso13　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2020.
db/jdb　　　　+Gregory Lee West,　 Naomi Ruth West,　 24325 S. Forestview Ct.,　 Crete, IL 60417-1851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2019 at the address(es) listed below:
         Andrew J Nelson　　on behalf of Creditor　　JPMorgan Chase Bank, National Association anelson@atty-pierce.com, northerndistrict@atty-pierce.com
         Glenn B Stearns　　mcguckin_m@lisle13.com
         Glenn B Stearns　　on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
         Joel P Fonferko　　on behalf of Creditor　　JPMorgan Chase Bank, National Association ND-One@il.cslegal.com
         Joseph S Davidson　　on behalf of Debtor 2 Naomi Ruth West jdavidson@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
         Joseph S Davidson　　on behalf of Debtor 1 Gregory Lee West jdavidson@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
         Michael L Sherman　　on behalf of Creditor　　FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
         Patrick S Layng　　USTPRegion11.ES.ECF@usdoj.gov
         Rachael A Stokas　　on behalf of Creditor　　JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation as receiver for Washington Mutual ND-Two@il.cslegal.com
         Toni　Townsend　　on behalf of Creditor　　JPMorgan Chase Bank, National Association toni.townsend@mccalla.com, northerndistrict@mccalla.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10