| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gregory Lee West** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6408** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Naomi Ruth West** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0519** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | |
| Case number:  **16–23845** | | |

## Order of Discharge                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gregory Lee West                                    Naomi Ruth West
aka Gregory L West                                  aka Naomi R West

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

February 14, 2020                          **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 16-23845-LAH
Gregory Lee West                                                        Chapter 13
Naomi Ruth West
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Feb 14, 2020
                              Form ID: 3180W          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db/jdb         +Gregory Lee West,   Naomi Ruth West,   24325 S. Forestview Ct.,   Crete, IL 60417-1851
25117648        BMO Harris Bank, N.A.,   P.O. Box 2035,   Milwaukee, WI 53201-2035
24844648      +++Bank of America, N.A.,   Pierce & Associates PC,   1 N Dearborn St, Suite 1300,
                 Chicago, IL 60602-4373
24742450       +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
24742453       +Dept Of Edu/osla Servi,   525 Central Park Dr. Ste,   Oklahoma City, OK 73105-1723
24742454       +Equifax Information Services, LLC,   1550 Peachtree St. NW,   Atlanta, GA 30309-2468
24742455       +Equifax Information Services, LLC,   Po Box 740241,   Atlanta, GA 30374-0241
24742457       +Experian Information Solutions, Inc.,   Po Box 4500,   Allen, TX 75013-1311
24742456       +Experian Information Solutions, Inc.,   475 Anton Blvd.,   Costa Mesa, CA 92626-7037
24742459        Franciscan Alliance,   Po Box 660383,   Indianapolis, IN 46266
24796680      +++JPMorgan Chase Bank, N.A.,   Chase Records Center/MailCode LA4-5555,
                 attn: Correspondence Mail,   700 Kansas Lane,   Monroe, LA 71203-4774
24805479       +JPMorgan Chase Bank, National Association,   McCalla Raymer Pierce, LLC,
                 c/o Bankruptcy Department,   1544 Old Alabama Road,   Roswell, GA 30076-2102
24742462       +Jpm Chase,   Po Box 24696,   Columbus, OH 43224-0696
24742463       +Mohela/Dept of Ed,   633 Spirit Dr.,   Chesterfield, MO 63005-1243
24794935       +OSLA Student Loan Servicing,   Pob 18475,   Oklahoma City OK 73154-0475
24742469        TransUnion LLC,   Po Box 2000,   Chester, PA 19016-2000
25221244       +US Dept of Education/MOHELA,   633 Spirit Dr,   Chesterfield MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24982932        EDI: BECKLEE.COM Feb 15 2020 06:43:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
24742449       +EDI: AMEREXPR.COM Feb 15 2020 06:43:00      Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
24742452        EDI: CITICORP.COM Feb 15 2020 06:43:00      Citibank,   Citicorp Credit/Centralized Bankruptcy,
                 Po Box 790040,   Saint Louis, MO 63179-0040
24742451       +EDI: CITICORP.COM Feb 15 2020 06:43:00      Citibank,   Centralized Bankruptcy/CitiCorp Credit S,
                 Po Box 790040,   St Louis, MO 63179-0040
24792783        EDI: FORD.COM Feb 15 2020 06:43:00      FORD MOTOR CREDIT COMPANY LLC,
                 DRAWER 55-953, P.O. BOX 55000,   DETROIT, MI  48255
24742458        EDI: FORD.COM Feb 15 2020 06:43:00      Ford Motor Credit,   Po Box 62180,
                 Colorado Springs, CO 80962
24742460       +EDI: PHINHARRIS Feb 15 2020 06:43:00      Harris & Harris,   111 W. Jackson Blvd.,   Suite 400,
                 Chicago, IL 60604-4135
24742467        E-mail/Text: rev.bankruptcy@illinois.gov Feb 15 2020 02:07:01
                 State of Illinois: Department of Revenue,   PO Box 19006,   Springfield, IL 62794
24742461        EDI: IRS.COM Feb 15 2020 06:43:00      Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 21126,   Philadelphia, PA 19114-0326
25078698       +EDI: CHASE.COM Feb 15 2020 06:43:00      JPMorgan Chase Bank, N.A.,   PO Box 29550 AZ1-1024,
                 Phoenix, AZ 85038-9550
25005414        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2020 02:12:47
                 LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
24980071       +EDI: MID8.COM Feb 15 2020 06:43:00      Midland Funding LLC,   PO Box 2011,
                 Warren MI 48090-2011
24742464       +EDI: NAVIENTFKASMSERV.COM Feb 15 2020 06:43:00      Navient,   Attn: Claims Dept.,   Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
24742466       +E-mail/Text: bankruptcies@orangelake.com Feb 15 2020 02:06:10      Orange Lake Country Cl,
                 Attn: Bankruptcy,   8505 W. Irlo Bronson Memorial Hwy.,   Kissimmee, FL 34747-8201
24742468       +EDI: RMSC.COM Feb 15 2020 06:43:00      Synchrony Bank/Amazon,   Po Box 965064,
                 Orlando, FL 32896-5064
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24742465*      +Navient,   Attn: Claims Dept,   Po Box 9500,   Wilkes-Barr, PA 18773-9500
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: ccabrales            Page 2 of 2            Date Rcvd: Feb 14, 2020
                              Form ID: 3180W             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    JPMorgan Chase Bank, National Association
               anelson@atty-pierce.com,  northerndistrict@atty-pierce.com
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Joel P Fonferko    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ND-One@il.cslegal.com
              Joseph S Davidson    on behalf of Debtor 2 Naomi Ruth West jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Joseph S Davidson    on behalf of Debtor 1 Gregory Lee West jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Michael L Sherman    on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor    JPMorgan Chase Bank, N.A., successor in interest by
               purchase from the Federal Deposit Insurance Corporation as receiver for Washington Mutual
               ND-Two@il.cslegal.com
              Toni  Townsend    on behalf of Creditor    JPMorgan Chase Bank, National Association
               toni.townsend@mccalla.com,  northerndistrict@mccalla.com
                                                                                             TOTAL: 10
```